# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re:                              §
                                    §
MATTHEW J. SHEASBY                  §    Case No. 14-82694
REBEKAH SHEASBY                     §
                                    §
                                    §
           Debtors                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/31/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 24,443.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 150.46 |
| Bank service fees | | 401.03 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 23,891.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  04/01/2015  and the deadline for filing governmental claims was  04/01/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,194.30 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,194.30 , for a total compensation of $ 3,194.30 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 25.55 , for total expenses of $ 25.55 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/09/2017              By:/s/BERNARD J. NATALE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-82694 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | MATTHEW J. SHEASBY | | | | Date Filed (f) or Converted (c): | 08/31/2014 (f) |
| | REBEKAH SHEASBY | | | | 341(a) Meeting Date: | 10/02/2014 |
| For Period Ending: | 01/06/2017 | | | | Claims Bar Date: | 04/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3416 Deepwood Drive, Crystal Lake, IL 60012 ---, | 1,050,000.00 | 0.00 | | 0.00 | FA |
| 2. 2408 Victory Park Lane, Unit 1141, Dallas Tx --, | 480,000.00 | 0.00 | | 0.00 | FA |
| 3. 2405 Brandenberry Court, Unit 1F, Arlington, Hei | 60,000.00 | 0.00 | | 0.00 | FA |
| 4. 7461 Excitiment Dr (Lot 88) Kissimmee FL --, Vac | 32,000.00 | 32,000.00 | | 0.00 | FA |
| 5. TimeShare one bedroom unit for two weeks Puerto, | 0.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 75.00 | 0.00 | | 0.00 | FA |
| 7. Money in checking account at Citibank. | 1,200.00 | 300.00 | | 0.00 | FA |
| 8. Money in Baxter Credit Union account | 30.00 | 30.00 | | 0.00 | FA |
| 9. Household goods | 7,000.00 | 0.00 | | 14,500.00 | FA |
| 10. Books & Pictures | 700.00 | 0.00 | | 500.00 | FA |
| 11. Clothing | 3,000.00 | 0.00 | | 0.00 | FA |
| 12. Wedding rings, watches, & costume jewerly | 3,000.00 | 500.00 | | 0.00 | FA |
| 13. Term life insurance policy | 200.00 | 175.00 | | 0.00 | FA |
| 14. 100% interest in MICRO MEDICS COMPUTER AND PRINT | 0.00 | 0.00 | | 0.00 | FA |
| 15. 80% interest in REPAIR CARE, INC. (an Illinois c | 0.00 | 0.00 | | 0.00 | FA |
| 16. Option to purchase 70 units of membership intere | 0.00 | 0.00 | | 0.00 | FA |
| 17. Unpaid loans from MICRO MEDICS CO-PRINTER SERVIC | 0.00 | 0.00 | | 0.00 | FA |
| 18. Current year's federal & state income tax refund | 0.00 | 9,443.00 | | 9,443.00 | FA |
| 19. Use company's cars (2008 Audi & 2008 Buick Encla | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $1,637,205.00      $42,448.00      $24,443.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SETTLED AND FILED ON 4/13/2016 MOTION FOR SALE OF NON EXEMPT ASSETS TO DEBTORS. DEBTORS TO MAKE FINAL PAYMENT BY 12/30/2016 AFTER WHICH TRUSTEE WILL PREPARED FINAL REPORT.

Exhibit A

RE PROP #      18    --   Order entered 11/13/14 denying any exemption in this asset.

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 03/31/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 14-82694 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | MATTHEW J. SHEASBY | Bank Name: | Associated Bank |
| | REBEKAH SHEASBY | Account Number/CD#: | XXXXXX8087 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2552 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 01/06/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $9,104.46 | | $9,104.46 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,094.46 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.52 | $9,080.94 |
| 05/05/16 | | Rebekah B. Sheasby 3416 Deep Wood Drive Crystal Lake, IL 60012 | Compromise Household goods & Furnishings | | $7,500.00 | | $16,580.94 |
| | | | Gross Receipts         $7,500.00 | | | | |
| | 9 | | Household goods         $7,000.00 | 1129-000 | | | |
| | 10 | | Books & Pictures         $500.00 | 1129-000 | | | |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.07 | $16,567.87 |
| 06/02/16 | 5001 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $8.57 | $16,559.30 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.19 | $16,536.11 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.79 | $16,512.32 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.55 | $16,487.77 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.51 | $16,463.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                                  Page Subtotals:                         $16,604.46        $141.20

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-82694 | Trustee Name: BERNARD J. NATALE |
| Case Name: MATTHEW J. SHEASBY | Bank Name: Associated Bank |
| REBEKAH SHEASBY | Account Number/CD#: XXXXXX8087 |
| | Checking |
| Taxpayer ID No: XX-XXX2552 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.69 | $16,439.57 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.44 | $16,415.13 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.62 | $16,391.51 |
| 12/21/16 | 9 | REBEKAH SHEASBY 3416 DEEPWOOD DRIVE CRYSTAL LAKE, IL  60012 | Compromise | 1129-000 | $7,500.00 | | $23,891.51 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $24,104.46 | $212.95 |
| Less: Bank Transfers/CD's | $9,104.46 | $0.00 |
| Subtotal | $15,000.00 | $212.95 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,000.00 | $212.95 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $7,500.00    $71.75

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 14-82694 | Trustee Name: BERNARD J. NATALE | |
| Case Name: MATTHEW J. SHEASBY | Bank Name: Rabobank, N.A. | |
| REBEKAH SHEASBY | Account Number/CD#: XXXXXX66 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX2552 | Blanket Bond (per case limit): $3,000.00 | |
| For Period Ending: 01/06/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/14 | 18 | State of Illinois Treasurer | 2013 State Tax Refund | 1124-000 | $1,802.00 | | $1,802.00 |
| 12/29/14 | 18 | United States Treasury<br>Kansas City, MO | 20103 Federal Tax Return | 1124-000 | $7,641.00 | | $9,443.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $9,433.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.56 | $9,419.44 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.64 | $9,406.80 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.43 | $9,392.37 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.50 | $9,378.87 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.03 | $9,365.84 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82694, BOND #016018067 | 2300-000 | | ($15.92) | $9,381.76 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82694, BOND #016018067 | 2300-000 | | $15.92 | $9,365.84 |
| 06/08/15 | 102 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82694, BOND #016018067 | 2300-000 | | $16.89 | $9,348.95 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.35 | $9,334.60 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.87 | $9,320.73 |
| 08/05/15 | 103 | Equitable Title of Celebration LLC<br>610 Sycamore Street<br>Suite 190<br>Celebration, FL 34747 | Ref # FILE CE15548<br>Cost of Prelimiary Title Search on Florida Property | 2420-000 | | $125.00 | $9,195.73 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | Page Subtotals: | $9,443.00 | $247.27 |
|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-82694 | Trustee Name: BERNARD J. NATALE |
| Case Name: MATTHEW J. SHEASBY | Bank Name: Rabobank, N.A. |
| REBEKAH SHEASBY | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX2552 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.85 | $9,182.88 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.08 | $9,168.80 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.18 | $9,155.62 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.72 | $9,142.90 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.46 | $9,128.44 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.65 | $9,115.79 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $11.33 | $9,104.46 |
| 02/24/16 | | Transfer to Acct # xxxxxx8087 | Transfer of Funds | 9999-000 | | $9,104.46 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $9,443.00 | $9,443.00 |
| Less: Bank Transfers/CD's | $0.00 | $9,104.46 |
| Subtotal | $9,443.00 | $338.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,443.00 | $338.54 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*　　　　　　　　　　Page Subtotals:　　　　　　$0.00　　$9,195.73

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66 - Checking Account | $9,443.00 | $338.54 | $0.00 |
| XXXXXX8087 - Checking | $15,000.00 | $212.95 | $23,891.51 |
| | $24,443.00 | $551.49 | $23,891.51 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $24,443.00 |
| Total Gross Receipts: | $24,443.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:14-82694-TML  
Debtor Name: MATTHEW J. SHEASBY  
Claims Bar Date: 4/1/2015  

Date: January 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $2,731.87 | $2,731.87 |
| Trte Exp 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $25.55 | $25.55 |
| Atty Fees 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $24,475.00 | $24,475.00 |
| Atty Exp 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $240.79 | $240.79 |
| BOND 199 2300 | LTD INTERNATIONAL<br>SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $0.00 | $0.00 |
| BOND 199 2300 | LTD INTERNATIONAL<br>SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $16.89 | $16.89 |
| EQTITLE 199 2420 | Equitable Title of Celebration LLC<br>610 Sycamore Street<br>Suite 190<br>Celebration, FL 34747 | Administrative | Cost for prelimiary title search on Florida Property | $0.00 | $125.00 | $125.00 |
| 2 570 5800 | Internal Revenue Service<br>Centralized Insolvency Ooperations<br>POB 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $467,147.68 | $467,147.68 |
| 3P 570 5800 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $185,798.66 | $185,798.66 |

Page 1                        Printed: January 6, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:14-82694-TML  
Debtor Name: MATTHEW J. SHEASBY  
Claims Bar Date: 4/1/2015  
Date: January 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| U 610 7100 | FirstMerit Bank N. A. c/o Thompson Coburn LLP, 55 East Monroe Street, 37th Floor Chicago, IL 60603 | Unsecured | Pursuant to Order entered on 9/9/15 allowing in part as general unsecured claim in the sum of $2,835,002.73. | $0.00 | $2,835,002.73 | $2,835,002.73 |
| 1 610 7100 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $0.00 | $20,006.18 | $20,006.18 |
| 3U 610 7100 | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | Unsecured | | $0.00 | $94,059.00 | $94,059.00 |
| 4 610 7100 | Capital One N. A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $2,892.21 | $2,892.21 |
| 5 610 7100 | FSB American Express Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $29,719.44 | $29,719.44 |
| 6 610 7100 | Credit First NA Po Box 818011 Cleveland, OH 44181 | Unsecured | | $0.00 | $1,957.38 | $1,957.38 |
| 7 610 7100 | FedEx Tech Connect Inc FedEx Express/Ground/Freight/Office 3965 Airways Blvd, Module G, 3rd Floor Memphis, TN 38116 | Unsecured | | $0.00 | $75,602.40 | $0.00 |
| 8 610 7100 | First National Bank of Omaha Brumbaugh and Quandahl PC 4885 SOUTH 118TH Street Suite 10 Omaha, NE 68137 | Unsecured | | $0.00 | $48,384.36 | $48,384.36 |
| 9 610 7100 | First National Bank of Omaha Brumbaugh and Quandahl PC 4885 SOUTH 118TH Street Suite 10 Omaha, NE 68137 | Unsecured | | $0.00 | $48,384.36 | $48,384.36 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:14-82694-TML  
Debtor Name: MATTHEW J. SHEASBY  
Claims Bar Date: 4/1/2015  
Date: January 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10 610 7100 | FedEx Tech Connect Inc FedEx Express/Ground/Freight/Office 3965 Airways Blvd, Module G, 3rd Floor Memphis, TN  38116 | Unsecured | | $0.00 | $281,557.99 | $0.00 |
| 11 610 7100 | Nordstrom Fsb % Jefferson Capital Systems LLC Po Box 7999 Saint Cloud, MN | Unsecured | | $0.00 | $1,164.53 | $1,164.53 |
| 12 610 7100 | Capital Recovery V LLC c/o Recovery Mgmt Systems Corp 25 SE 2nd Avenue Suite 1120 Miami, FL  33131-1605 | Unsecured | | $0.00 | $5,936.19 | $5,936.19 |
| 14 610 7100 | Steve G Theofanous 3903 Rockspur Trail Crystal Lake, IL  60012 | Unsecured | | $0.00 | $10,000.00 | $10,000.00 |
| 15 620 7200 | Xiaofeng Zheng 465 Carmon Ave Buffalo Grove, IL  60089 | Unsecured | | $0.00 | $11,364.22 | $0.00 |
| 13S 950 4110 | FirstMerit Bank N. A. c/o Thompson Coburn LLP,55 East Monroe Street, 37th Floor Chicago, IL  60603 | Secured | Pursuant to Order entered on 9/9/15 allowing in part as secured claim in the sum of $115, 227.09. | $0.00 | $115,227.09 | $115,227.09 |
| | Case Totals | | | $0.00 | $4,261,819.52 | $3,893,294.91 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-82694
Case Name: MATTHEW J. SHEASBY
REBEKAH SHEASBY
Trustee Name: BERNARD J. NATALE

Balance on hand $ 23,891.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13S | FirstMerit Bank N. A. | $ 115,227.09 | $ 115,227.09 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 23,891.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 3,194.30 | $ 0.00 | $ 2,731.87 |
| Trustee Expenses: BERNARD J. NATALE | $ 25.55 | $ 0.00 | $ 21.85 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 24,475.00 | $ 0.00 | $ 20,931.86 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 240.79 | $ 0.00 | $ 205.93 |
| Other: Equitable Title of Celebration LLC | $ 125.00 | $ 125.00 | $ 0.00 |
| Other: LTD INTERNATIONAL SURETIES | $ 16.89 | $ 16.89 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 23,891.51

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 652,946.34 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $ 467,147.68 | $ 0.00 | $ 0.00 |
| 3P | Illinois Department of Revenue | $ 185,798.66 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,097,506.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| U | FirstMerit Bank N. A. | $ 2,835,002.73 | $ 0.00 | $ 0.00 |
| 1 | Discover Bank | $ 20,006.18 | $ 0.00 | $ 0.00 |
| 3U | Illinois Department of Revenue | $ 94,059.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Capital One N. A. | $ 2,892.21 | $ 0.00 | $ 0.00 |
| 5 | FSB American Express Bank | $ 29,719.44 | $ 0.00 | $ 0.00 |
| 6 | Credit First NA | $ 1,957.38 | $ 0.00 | $ 0.00 |
| 7 | FedEx Tech Connect Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | First National Bank of Omaha | $ 48,384.36 | $ 0.00 | $ 0.00 |
| 9 | First National Bank of Omaha | $ 48,384.36 | $ 0.00 | $ 0.00 |
| 10 | FedEx Tech Connect Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Nordstrom Fsb | $ 1,164.53 | $ 0.00 | $ 0.00 |
| 12 | Capital Recovery V LLC | $ 5,936.19 | $ 0.00 | $ 0.00 |
| 14 | Steve G Theofanous | $ 10,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Xiaofeng Zheng | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE