# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MATTHEW J. SHEASBY | § | Case No. 14-82694 |
| REBEKAH SHEASBY | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        United States Bankruptcy Court
        Northern District of Illinois
        Western Division
        327 S. Church Street, Room 1100
        Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/01/2017 in Courtroom 3100,

        United States Bankruptcy Court
        327 S Church Street
        Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/09/2017                      By: /S/ BERNARD J. NATALE
                                                                             TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| MATTHEW J. SHEASBY | § | Case No. 14-82694 |
| REBEKAH SHEASBY | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 24,443.00 |
| and approved disbursements of | $ 551.49 |
| leaving a balance on hand of[1] | $ 23,891.51 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 13S | FirstMerit Bank N.A. | $ 115,227.09 | $ 115,227.09 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 23,891.51 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BERNARD J. NATALE | $ 3,194.30 | $ 0.00 | $ 2,731.87 |
| Trustee Expenses: BERNARD J. NATALE | $ 25.55 | $ 0.00 | $ 21.85 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 24,475.00 | $ 0.00 | $ 20,931.86 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 240.79 | $ 0.00 | $ 205.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Equitable Title of Celebration LLC | $ 125.00 | $ 125.00 | $ 0.00 |
| Other: LTD INTERNATIONAL SURETIES | $ 16.89 | $ 16.89 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        23,891.51

Remaining Balance        $        0.00


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 652,946.34 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $ 467,147.68 | $ 0.00 | $ 0.00 |
| 3P | Illinois Department of Revenue | $ 185,798.66 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors        $        0.00

Remaining Balance        $        0.00


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,097,506.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| U | FirstMerit Bank N. A. | $ 2,835,002.73 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 20,006.18 | $ 0.00 | $ 0.00 |
| 3U | Illinois Department of Revenue | $ 94,059.00 | $ 0.00 | $ 0.00 |
| 4 | Capital One N. A. | $ 2,892.21 | $ 0.00 | $ 0.00 |
| 5 | FSB American Express Bank | $ 29,719.44 | $ 0.00 | $ 0.00 |
| 6 | Credit First NA | $ 1,957.38 | $ 0.00 | $ 0.00 |
| 7 | FedEx Tech Connect Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | First National Bank of Omaha | $ 48,384.36 | $ 0.00 | $ 0.00 |
| 9 | First National Bank of Omaha | $ 48,384.36 | $ 0.00 | $ 0.00 |
| 10 | FedEx Tech Connect Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Nordstrom Fsb | $ 1,164.53 | $ 0.00 | $ 0.00 |
| 12 | Capital Recovery V LLC | $ 5,936.19 | $ 0.00 | $ 0.00 |
| 14 | Steve G Theofanous | $ 10,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $_____0.00

Remaining Balance     $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Xiaofeng Zheng | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $_____0.00

Remaining Balance     $_____0.00

Case 14-82694   Doc 124   Filed 02/07/17   Entered 02/07/17 09:43:08   Desc Main
            Document      Page 5 of 7

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /S/ BERNARD J. NATALE
TRUSTEE

BERNARD J. NATALE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL 61107

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

<u>**CASE NO: MATTHEW J & REBEKAH SHEASBY**</u>
<u>**CASE NAME: 14-82694**</u>

**PROOF OF SERVICE**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
|  | ) SS |
| COUNTY OF WINNEBAGO | ) |

The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee Final Report and Applications for Compensation** by sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

SEE ATTACHED MATRIX

**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE
AS STATED IN THE U S BANKRUPTCY CLERK'S RECIEPT)**

That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 7th day of February, 2017.

/s/ Mary Jane D'Angelo

SUBSCRIBED and SWORN to before me
7th day of February, 2017.
/s/   Denise M Bennett
Notary Public

My commission expires July 15, 2018

FSB American Express Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Credit First NA
Po Box 818011
Cleveland, OH
44181

First National Bank of Omaha
Brumbaugh and Quandahl PC
4885 SOUTH 118TH Street Suite 10
Omaha, NE 68137

Internal Revenue Service
Centralized Insolvency Ooperations
POB 7346
Philadelphia, PA 19101-7346

U S Trustee
780 Regent Street
Suite 304
Madison WI 53715

Attorney Timothy Hughes
Lavelle Legal Services
208 S LaSalle Suite 1200
Chicago IL 60604

Matthew & Rebekah Sheasby
3416 Deepwood Drive
Crystal Lake IL 60012

N.A. Capital One
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Discover Bank
DB Servicing Corporation
PO Box 3025New Albany,
OH 43054-3025

Nordstrom Fsb
%Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud, MN 56302

Claudette M. Busuttil
Re/Max MarketPlace
619 Celebration Avenue
Celebration FL 34747

Brandenberry Park Condo Assoc
% Ronald J Kapustka
175 N Archer Ave
Mundelein IL 60060

Capital Recovery V, LLC
c/o Recovery Mgmt Systems Corp
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

FedEx Tech Connect Inc
FedEx Express/Ground/Freight/OfFice
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Steve G Theofanous
3903 Rockspur Trail
Crystal Lake, IL 60012