UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| In re: | § | |
| --- | --- | --- |
| | § | |
| MATTHEW J. SHEASBY | § | Case No. 14-82694 |
| REBEKAH SHEASBY | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned: 1,593,005.00<br>*(Without deducting any secured claims)* | Assets Exempt: 44,200.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged<br>Without Payment: 7,834,867.60 |
| Total Expenses of Administration: 24,443.00 | |

3) Total gross receipts of $ 24,443.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 24,443.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 115,227.09 | $ 115,227.09 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 28,024.70 | 28,024.70 | 24,443.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,297,768.00 | 652,946.34 | 652,946.34 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,786,646.88 | 3,466,030.99 | 3,097,506.38 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 4,084,414.88 | $ 4,262,229.12 | $ 3,893,704.51 | $ 24,443.00 |

4) This case was originally filed under chapter 7 on 08/31/2014. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2017           By:/s/BERNARD J. NATALE
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Current year's federal & state income tax refund | 1124-000 | 9,443.00 |
| Books & Pictures | 1129-000 | 500.00 |
| Household goods | 1129-000 | 14,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,443.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13S | FirstMerit Bank N. A. | 4110-000 | NA | 115,227.09 | 115,227.09 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 115,227.09** | **$ 115,227.09** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 2,731.87 | 2,731.87 | 2,731.87 |
| BERNARD J. NATALE | 2200-000 | NA | 25.55 | 25.55 | 21.85 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 8.57 | 8.57 | 8.57 |
| LTD INTERNATIONAL SURETIES | 2300-000 | NA | 16.89 | 16.89 | 16.89 |
| Equitable Title of Celebration LLC | 2420-000 | NA | 125.00 | 125.00 | 125.00 |
| Associated Bank | 2600-000 | NA | 204.38 | 204.38 | 204.38 |
| Rabobank, N.A. | 2600-000 | NA | 196.65 | 196.65 | 196.65 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 24,475.00 | 24,475.00 | 20,931.86 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 240.79 | 240.79 | 205.93 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 28,024.70 | $ 28,024.70 | $ 24,443.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue 100 W Randolph 7th Floor Bankruptcy Unit X Chicago, IL 60601 | | 298,884.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue 100 W Randolph 7th Floor Bankruptcy Unit X Chicago, IL 60601 | | 298,884.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Ooperations POB 7346 X Philadelphia, PA 191017346 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Ooperations POB 7346 X Philadelphia, PA 191017346 | | 700,000.00 | NA | NA | 0.00 |
| 3P | Illinois Department of Revenue | 5800-000 | NA | 185,798.66 | 185,798.66 | 0.00 |
| 2 | Internal Revenue Service | 5800-000 | NA | 467,147.68 | 467,147.68 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 1,297,768.00 | $ 652,946.34 | $ 652,946.34 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | 29,719.00 | NA | NA | 0.00 |
| | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | 29,719.00 | NA | NA | 0.00 |
| | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | 29,719.00 | NA | NA | 0.00 |
| | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | | 24,275.00 | NA | NA | 0.00 |
| | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | | 14,520.00 | NA | NA | 0.00 |
| | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | | 14,520.00 | NA | NA | 0.00 |
| | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | | 24,275.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 14,520.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 24,275.00 | NA | NA | 0.00 |
| | Cbna 1000 Technology Dr O Fallon, MO 63368 | | 3,919.00 | NA | NA | 0.00 |
| | Cbna 1000 Technology Dr O Fallon, MO 63368 | | 3,919.00 | NA | NA | 0.00 |
| | Cbna 1000 Technology Dr O Fallon, MO 63368 | | 3,919.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 20,006.00 | NA | NA | 0.00 |
| | Fano Theofanous 3111 Berry St. Crystal Lake, IL 60012 | | 10,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FirstMerit c/o Thompson Coburn LLP 55 East Monroe St., 37th Floor Chicago, IL 60603 | | 2,500,000.00 | NA | NA | 0.00 |
| | FirstMerit c/o Thompson Coburn LLP 55 East Monroe St., 37th Floor Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 2,892.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 2,892.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 2,892.00 | NA | NA | 0.00 |
| | Landlord , | | 0.00 | NA | NA | 0.00 |
| | Macy's 9111 Duke Blvd Mason, OH 45040 | | 1,279.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macy's<br>9111 Duke Blvd<br>Mason, OH 45040 | | 1,279.00 | NA | NA | 0.00 |
| | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | | 35.00 | NA | NA | 0.00 |
| | Nordstrom Fsb<br>Po Box 6555<br>Englewood, CO 80155 | | 1,164.00 | NA | NA | 0.00 |
| | Nordstrom Fsb<br>Po Box 6555<br>Englewood, CO 80155 | | 1,164.00 | NA | NA | 0.00 |
| | Nordstrom Fsb<br>Po Box 6555<br>Englewood, CO 80155 | | 1,164.00 | NA | NA | 0.00 |
| | Paypal Credit<br>P.O. Box 105658<br>Atlanta, GA 303485658 | | 3,081.94 | NA | NA | 0.00 |
| | Paypal Credit<br>P.O. Box 105658<br>Atlanta, GA 303485658 | | 3,081.94 | NA | NA | 0.00 |
| | SMT Sales Associates, Inc<br>405 Crystal Lake Road<br>Lake In The Hills, IL 60156 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 |  | 6,139.00 | NA | NA | 0.00 |
|  | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 |  | 6,139.00 | NA | NA | 0.00 |
|  | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 |  | 6,139.00 | NA | NA | 0.00 |
| 4 | Capital One N. A. | 7100-000 | NA | 2,892.21 | 2,892.21 | 0.00 |
| 12 | Capital Recovery V LLC | 7100-000 | NA | 5,936.19 | 5,936.19 | 0.00 |
| 6 | Credit First NA | 7100-000 | NA | 1,957.38 | 1,957.38 | 0.00 |
| 1 | Discover Bank | 7100-000 | NA | 20,006.18 | 20,006.18 | 0.00 |
| 10 | FedEx Tech Connect Inc | 7100-000 | NA | 281,557.99 | 0.00 | 0.00 |
| 7 | FedEx Tech Connect Inc | 7100-000 | NA | 75,602.40 | 0.00 | 0.00 |
| 8 | First National Bank of Omaha | 7100-000 | NA | 48,384.36 | 48,384.36 | 0.00 |
| 9 | First National Bank of Omaha | 7100-000 | NA | 48,384.36 | 48,384.36 | 0.00 |
|  | FirstMerit Bank N. A. | 7100-000 | NA | 2,835,002.73 | 2,835,002.73 | 0.00 |
| 5 | FSB American Express Bank | 7100-000 | NA | 29,719.44 | 29,719.44 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3U | Illinois Department of Revenue | 7100-000 | NA | 94,059.00 | 94,059.00 | 0.00 |
| 11 | Nordstrom Fsb | 7100-000 | NA | 1,164.53 | 1,164.53 | 0.00 |
| 14 | Steve G Theofanous | 7100-000 | NA | 10,000.00 | 10,000.00 | 0.00 |
| 15 | Xiaofeng Zheng | 7200-000 | NA | 11,364.22 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,786,646.88 | $ 3,466,030.99 | $ 3,097,506.38 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-82694 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | MATTHEW J. SHEASBY | | | | Date Filed (f) or Converted (c): | 08/31/2014 (f) |
| | REBEKAH SHEASBY | | | | 341(a) Meeting Date: | 10/02/2014 |
| For Period Ending: | 05/02/2017 | | | | Claims Bar Date: | 04/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3416 Deepwood Drive, Crystal Lake, IL 60012 ---, | 1,050,000.00 | 0.00 | | 0.00 | FA |
| 2. 2408 Victory Park Lane, Unit 1141, Dallas Tx --, | 480,000.00 | 0.00 | | 0.00 | FA |
| 3. 2405 Brandenberry Court, Unit 1F, Arlington, Hei | 60,000.00 | 0.00 | | 0.00 | FA |
| 4. 7461 Excitiment Dr (Lot 88) Kissimmee FL --, Vac | 32,000.00 | 32,000.00 | | 0.00 | FA |
| 5. TimeShare one bedroom unit for two weeks Puerto, | 0.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 75.00 | 0.00 | | 0.00 | FA |
| 7. Money in checking account at Citibank. | 1,200.00 | 300.00 | | 0.00 | FA |
| 8. Money in Baxter Credit Union account | 30.00 | 30.00 | | 0.00 | FA |
| 9. Household goods | 7,000.00 | 0.00 | | 14,500.00 | FA |
| 10. Books & Pictures | 700.00 | 0.00 | | 500.00 | FA |
| 11. Clothing | 3,000.00 | 0.00 | | 0.00 | FA |
| 12. Wedding rings, watches, & costume jewerly | 3,000.00 | 500.00 | | 0.00 | FA |
| 13. Term life insurance policy | 200.00 | 175.00 | | 0.00 | FA |
| 14. 100% interest in MICRO MEDICS COMPUTER AND PRINT | 0.00 | 0.00 | | 0.00 | FA |
| 15. 80% interest in REPAIR CARE, INC. (an Illinois c | 0.00 | 0.00 | | 0.00 | FA |
| 16. Option to purchase 70 units of membership intere | 0.00 | 0.00 | | 0.00 | FA |
| 17. Unpaid loans from MICRO MEDICS CO-PRINTER SERVIC | 0.00 | 0.00 | | 0.00 | FA |
| 18. Current year's federal & state income tax refund | 0.00 | 9,443.00 | | 9,443.00 | FA |
| 19. Use company's cars (2008 Audi & 2008 Buick Encla | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,637,205.00   $42,448.00         $24,443.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE WILL FILE TDR IN APRIL.

RE PROP #        18    --    Order entered 11/13/14 denying any exemption in this asset.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 03/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-82694 | Trustee Name: BERNARD J. NATALE |
| Case Name: MATTHEW J. SHEASBY | Bank Name: Associated Bank |
| REBEKAH SHEASBY | Account Number/CD#: XXXXXX8087 |
| | Checking |
| Taxpayer ID No: XX-XXX2552 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/02/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $9,104.46 | | $9,104.46 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,094.46 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.52 | $9,080.94 |
| 05/05/16 | | Rebekah B. Sheasby 3416 Deep Wood Drive Crystal Lake, IL 60012 | Compromise Household goods & Furnishings | | $7,500.00 | | $16,580.94 |
| | | | Gross Receipts    $7,500.00 | | | | |
| | 9 | | Household goods    $7,000.00 | 1129-000 | | | |
| | 10 | | Books & Pictures    $500.00 | 1129-000 | | | |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.07 | $16,567.87 |
| 06/02/16 | 5001 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $8.57 | $16,559.30 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.19 | $16,536.11 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.79 | $16,512.32 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.55 | $16,487.77 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.51 | $16,463.26 |

Page Subtotals:    $16,604.46    $141.20

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-82694 | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|
| Case Name: | MATTHEW J. SHEASBY | Bank Name: | Associated Bank |
|  | REBEKAH SHEASBY | Account Number/CD#: | XXXXXX8087 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX2552 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 05/02/2017 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $23.69 | $16,439.57 |
| 11/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $24.44 | $16,415.13 |
| 12/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $23.62 | $16,391.51 |
| 12/21/16 | 9 | REBEKAH SHEASBY 3416 DEEPWOOD DRIVE CRYSTAL LAKE, IL  60012 | Compromise | 1129-000 | $7,500.00 |  | $23,891.51 |
| 03/02/17 | 5002 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL  61107 | Distribution |  |  | $2,753.72 | $21,137.79 |
|  |  | BERNARD J. NATALE | Final distribution representing a payment of 85.52 % per court order.    ($2,731.87) | 2100-000 |  |  |  |
|  |  | BERNARD J. NATALE | Trustee Expenses    ($21.85) | 2200-000 |  |  |  |
| 03/02/17 | 5003 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL  61107 | Distribution |  |  | $21,137.79 | $0.00 |
|  |  | BERNARD J. NATALE LTD | Attorney Fees    ($20,931.86) | 3110-000 |  |  |  |
|  |  | BERNARD J. NATALE LTD | Attorney Expenses    ($205.93) | 3120-000 |  |  |  |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $24,104.46 | $24,104.46 |
| Less: Bank Transfers/CD's | $9,104.46 | $0.00 |
| Subtotal | $15,000.00 | $24,104.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,000.00 | $24,104.46 |

Page Subtotals:    $7,500.00    $23,963.26

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-82694 | Trustee Name: | BERNARD J. NATALE |
| Case Name: MATTHEW J. SHEASBY | Bank Name: | Rabobank, N.A. |
| REBEKAH SHEASBY | Account Number/CD#: | XXXXXX66 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX2552 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: 05/02/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/14 | 18 | State of Illinois Treasurer | 2013 State Tax Refund | 1124-000 | $1,802.00 | | $1,802.00 |
| 12/29/14 | 18 | United States Treasury<br>Kansas City, MO | 20103 Federal Tax Return | 1124-000 | $7,641.00 | | $9,443.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $9,433.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.56 | $9,419.44 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.64 | $9,406.80 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.43 | $9,392.37 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.50 | $9,378.87 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.03 | $9,365.84 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82694, BOND #016018067 | 2300-000 | | ($15.92) | $9,381.76 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82694, BOND #016018067 | 2300-000 | | $15.92 | $9,365.84 |
| 06/08/15 | 102 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82694, BOND #016018067 | 2300-000 | | $16.89 | $9,348.95 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.35 | $9,334.60 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.87 | $9,320.73 |
| 08/05/15 | 103 | Equitable Title of Celebration LLC<br>610 Sycamore Street<br>Suite 190<br>Celebration, FL 34747 | Ref # FILE CE15548<br>Cost of Prelimiary Title Search on Florida Property | 2420-000 | | $125.00 | $9,195.73 |
| | | | Page Subtotals: | | $9,443.00 | $247.27 | |

UST Form 101-7-TDR (10/1/2010) (Page: 16)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-82694 | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- |
| Case Name: | MATTHEW J. SHEASBY | Bank Name: | Rabobank, N.A. |
| | REBEKAH SHEASBY | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX2552 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 05/02/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.85 | $9,182.88 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.08 | $9,168.80 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.18 | $9,155.62 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.72 | $9,142.90 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.46 | $9,128.44 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.65 | $9,115.79 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $11.33 | $9,104.46 |
| 02/24/16 | | Transfer to Acct # xxxxxx8087 | Transfer of Funds | 9999-000 | | $9,104.46 | $0.00 |

| | COLUMN TOTALS | $9,443.00 | $9,443.00 |
| --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | $0.00 | $9,104.46 |
| | Subtotal | $9,443.00 | $338.54 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $9,443.00 | $338.54 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*   Page Subtotals:   $0.00   $9,195.73

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66  - Checking Account | $9,443.00 | $338.54 | $0.00 |
| XXXXXX8087 - Checking | $15,000.00 | $24,104.46 | $0.00 |
|  | $24,443.00 | $24,443.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $24,443.00 |
| Total Gross Receipts: | $24,443.00 |

Page Subtotals:    $0.00    $0.00